91 F.3d 124
 Merriam Gateway Associates, a New Jersey Partnership
v.
Town of Newton, New Jersey, Glenn C. Kienz, Esq., Downes &
Kienz, P.A., Laddey, Clark, Kienz, Parker, Coffin & Ryan,
Richard I. Clark, Esq., Dolan & Dolan, P.C., Ralph M.
Lowenbach, Esq., Orloff, Lowenbach, Stifelman & Siegel,
P.C., Sanford Lloyd Hollander, Esq., Trapasso, Doln &
Hollander, Rothzeid, Kaiserman, Thomson & Bee, P.C., A.I.M.
Collaborative Consulting Engineers, P.A., Laurence G.
Palmer, P.E., P.P.,
 NO. 95-5467
 United States Court of Appeals,
Third Circuit.
 June 28, 1996
 
 Appeal From: D.N.J., No. 91-00684,
 Walls, J.
 
 
 1
 AFFIRMED.